# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIMINAL ACTION NO. |
| LUIS MIGUEL JACINTO-GONZALEZ, | : 2:17-CR-18-1-RWS-JCF |
| | : |
| Defendant. | : |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 16]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 16] is hereby approved and adopted as the opinion and order of this Court. Defendant's guilty plea is accepted, and he is adjudged guilty.

SO ORDERED this 3rd day of August, 2017.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)